No. 03–7215. DONATO v. MCCARTHY. Sup. Ct. N. H. Certiorari denied.

No. 03–7217. CARBIN v. MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–7218. WELLS v. OHIO ADULT PAROLE AUTHORITY. C. A. 6th Cir. Certiorari denied.

No. 03–7220. JOHANS v. SOLOMON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7221. MARSHALL v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 03–7230. BLAKE v. BACA, SHERIFF, LOS ANGELES COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 03–7233. EPHRAIM v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–7236. CONTRERAS CASTRO v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 03–7237. CALHOUN v. TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 03–7238. CRUZ v. UNNAMED DEFENDANTS ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–7239. EDMON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7240. ELEY v. TAYLOR, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–7241. CARTER v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 03–7243. DAWSON v. WILLIAMS ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–7246. ELLINGTON v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.